UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2007 SEP 25 AM 10: 34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Magistrate Docket No. |
| Plaintiff, | )   **07 MJ 2307** |
| v. | )  COMPLAINT FOR VIOLATION OF |
| Jose Maria PEREZ-Negrete, | )  Title 8, U.S.C., Section 1326 |
| | )  Deported Alien Found in the |
| | )  United States |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

On or about **September 23, 2007** within the Southern District of California, defendant, **Jose Maria PEREZ-Negrete,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **25th** DAY OF **SEPTEMBER, 2007**

_____
Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jose Maria PEREZ-Negrete**

### PROBABLE CAUSE STATEMENT

On September 23, 2007, at approximately 6:00 p.m., Border Patrol Agent S. Blea, and Agent M. Sturrock were assigned line watch duties in the Chula Vista Area of Operations. Agents Blea and Sturrock responded to a radio transmission from Agent B. Ratz, via radio, regarding a group of individuals hiding in an area known as the "No Name Draw." Agent Ratz explained that he observed, by binoculars, eight individuals walking North West on top of a hill heading towards the draw. Agent Ratz said he had observed one of the individuals who appeared to be guiding the group through the mountains. This individual had binoculars with him. The individual with the binoculars looked in Agent Ratz's direction, using the binoculars, and appeared to see the agent. The individual then instructed his group to sit down. This area is located approximately two mile east of the Otay Mesa, California Port of Entry and about one mile north of the United States/Mexico International Border.

Agents Blea and Sturrock responded to the area and obseved eight individuals walking west. Agents Blea and Sturrock identified themselves as a Border Patrol Agents and instructed the group to sit down. The individual in front of the group, later identified as the defendant **Jose Maria PEREZ-Negrete,** then started running north, where Agent Blea caught up with him and detained him for questioning. Agent Blea questioned the defendant as to his citizenship and nationality. The defendant stated that he was a citizen and national of Mexico illegally present in the United States. Agent Blea placed the defendant under arrest and had him transported with the other illegal aliens to the Chula Vista Border Patrol Station for further processing.

At the station, routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **April 27, 2006** through the Port of Entry at **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.