AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN             DISTRICT OF             CALIFORNIA

**APPEARANCE**

Case Number: 07mj2307-AJB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOSE MARIA PEREZ-NEGRETE

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/27/2007 | /s/ CANDIS L. MITCHELL |
| Date | Signature |
| | Candis L. Mitchell / Federal Defenders of SD    242797 |
| | Print Name                                      Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City            State            Zip Code |
| | (619) 234-8467          (619) 687-2666 |
| | Phone Number            Fax Number |