FILED

07 OCT 17 AM 9: 33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PBV   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

07 CR 2873 LAB

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| JOSE MARIA PEREZ-NEGRETE, | |
| Defendant. | |

The grand jury charges:

On or about September 23, 2007, within the Southern District of California, defendant JOSE MARIA PEREZ-NEGRETE, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

RSK:fer:San Diego
10/16/07

1   It is further alleged that defendant JOSE MARIA PEREZ-NEGRETE,
2 was removed from the United States subsequent to September 13, 2004.
3   DATED: October 17, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By:  _____
    DAVID D. LESHNER
    Assistant U.S. Attorney

2