1  **CANDIS MITCHELL**
   California Bar No. 242797
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Candis_Mitchell@fd.org

5
   Attorneys for Mr. Jose Maria Perez-Negrete
6

7

8
                            UNITED STATES DISTRICT COURT
9
                          SOUTHERN DISTRICT OF CALIFORNIA
10
                            **(HONORABLE LARRY A. BURNS)**
11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 07CR2873-LAB |
| | ) | |
| Plaintiff, | ) | DATE: NOVEMBER 26, 2007 |
| | ) | TIME: 2:00 P.M. |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE MARIA PEREZ-NEGRETE, | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| | ) | |
| Defendant. | ) | 1) COMPEL DISCOVERY AND PRESERVE EVIDENCE; |
| | ) | 2) DISMISS INDICTMENT FOR FAILURE TO ALLEGE ESSENTIAL ELEMENTS OF THE OFFENSE; |
| _____ | ) | 3) SUPPRESS ANY STATEMENTS MADE BY MR. PEREZ-NEGRETE; AND, |
| | | 4) GRANT LEAVE TO FILE FURTHER MOTIONS. |

23  TO:   KAREN P. HEWITT, INTERIM UNITED STATES ATTORNEY, AND
         CHRISTINA M MCCALL, ASSISTANT UNITED STATES ATTORNEY:
24

25      PLEASE TAKE NOTICE that on November 26, 2007, at 2:00 p.m., or as soon thereafter as counsel

26  may be heard, defendant, Jose Maria Perez-Negrete, by and through his attorneys, Candis Mitchell and

27  Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

28  / / /

07CR2873-LAB

**MOTIONS**

Defendant, Jose Maria Perez-Negrete, by and through his attorneys, Candis Mitchell and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)   Compel Discovery and Preserve Evidence;

(2)   Dismiss Indictment for Failure to Allege Essential Elements of the Offense;

(3)   Suppress any Statements Made by Mr. Perez-Negrete; and

(4)   Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: October 23, 2007

*s/ Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Jose Maria Perez-Negrete
Candis_Mitchell@fd.org