**CANDIS MITCHELL**
California Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Mr. Jose Maria Perez-Negrete

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.:   07CR2873-LAB |
| Plaintiff, ) | DATE:   NOVEMBER 26, 2007 |
| ) | TIME:    2:00 P.M. |
| v. ) | |
| JOSE MARIA PEREZ-NEGRETE, ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| Defendant. ) | 1)   DISMISS FOR GRAND JURY VIOLATION. |
| _____ ) | |

TO:   KAREN P. HEWITT, INTERIM UNITED STATES ATTORNEY, AND
      CHRISTINA M MCCALL, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on November 26, 2007, at 2:00 p.m., or as soon thereafter as counsel may be heard, defendant, Jose Maria Perez-Negrete, by and through his attorneys, Candis Mitchell and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

/ / /

/ / /

/ / /

/ / /

# **MOTIONS**

Defendant, Jose Maria Perez-Negrete, by and through his attorneys, Candis Mitchell and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)   Dismiss Indictment for Grand Jury Violation.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: October 23, 2007

*s/ Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Jose Maria Perez-Negrete
Candis_Mitchell@fd.org