1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**APPENDIX OF EXHIBITS**

<u>United States v. Jose Maria Perez-Negrete</u>

07CR2873-LAB

Exhibit A, Reporter's Partial Transcript of the Proceedings, dated January 11, 2007 . . . . . . . . . . . . . . . 1

Exhibit B, Reporter's Transcript of Proceedings, dated January 11, 2007 . . . . . . . . . . . . . . . . . . . . . . . 33