KAREN P. HEWITT
United States Attorney
CHRISTINA M. McCALL
Assistant United States Attorney
California Bar Number 234139
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6760
Facsimile: (619) 235-2757

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2873-LAB |
|---|---|---|
| Plaintiff, | ) | **UNITED STATES' RESPONSE AND OPPOSITION TO DEFENDANT'S MOTIONS TO:** |
| v. | ) | **(1) DISMISS INDICTMENT FOR ALLEGED GRAND JURY EMPANELMENT VIOLATION** |
| JOSE MARIE PEREZ-NEGRETE, | ) | Date: November 26, 2007<br>Time: 2:00 p.m.<br>Honorable: Larry A. Burns |
| Defendant. | ) | |

Plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Christina M. McCall, Assistant United States Attorney and hereby files its Response and Opposition to Defendant's Motion to Dismiss the Indictment for Grand Jury Violation. This Response and Opposition is based upon the files and records of the case together with the attached statement of facts and memorandum of points and authorities.

**I**

**STATEMENT OF FACTS**

**A.   Defendant's Criminal and Immigration Record**

Defendant, Jose Maria Perez-Negrete, is a 49-year-old citizen of Mexico. Defendant never had any legal permission to enter or remain in the United States. He is no stranger to this court; he has

several criminal convictions in the Southern District of California. In 1999, Defendant was convicted of violating 8 U.S.C. § 1326 in case 99CR3464-GT and sentenced to 60 days and a year of supervised release for that felony offense. In 2000, he was again convicted of a felony violation of 8 U.S.C. § 1326 in case 00CR2065-T, and sentenced to 10 months of custody and two years of supervised release. As a result of that 2000 conviction, Judge Thompson revoked supervised release in case 99CR3464-GT and imposed a sentence of six months, to be served consecutive to the sentence in 00CR2065-T. In 2002, Defendant was convicted of violating 18 U.S.C. § 1001 in case 02CR2916-W, and received a sentence of eight months in prison and three years of supervised release. His supervised release in case 00CR2065-T was again revoked, and he was sentenced to serve eight months in prison, consecutive to case 02CR2916-W. In 2004, Defendant was convicted of violating 18 U.S.C. § 1001 in case 04CR1587-IEG, and received a sentence of fifteen months in prison and two years of supervised release. Following that conviction, his supervised release in case 02CR2916-W was revoked and Defendant received a revocation sentence of 12 months, consecutive to the sentence in 04CR1587-IEG. Judge Gonzalez has begun revocation proceedings for the 2004 case, as a result of this arrest.

Not surprisingly, Defendant has a disturbing number of arrests at or near the border. Using a variety of aliases as well as his true name, Defendant has been arrested 27 times by Border Patrol agents, dating back at least to 1995.

Defendant has been ordered removed or <u>deported by immigration judges</u> on the following six dates:

    September 7, 2005
    October 30, 1995
    December 7, 1995
    June 5, 1996
    October 2, 1996
    October 30, 1997

Immigration officers <u>reinstated Defendant's order of removal</u> on the following occasions:

    November 5, 1998
    February 16, 1999
    February 25, 1999
    December 1, 1999
    June 14, 2000
    October 16, 2002
    May 11, 2004

1    Immigration officials removed Defendant by <u>executing Warrants of Removal</u> on the following
2 dates:
3    September 7, 1995
     March 14, 1996
4    June 5, 1996
     October 2, 1996
5    September 30, 1997
     November 5, 1998
6    February 16, 1999
     February 24, 1999
7    March 2, 1999
     January 20, 2000
8    July 27, 2001
     November 28, 2003
9    April 27, 2006

**B.     Defendant's Apprehension**

On September 23, 2007, in an area miles northeast of the Otay Mesa Port of Entry, agents encountered Defendant and seven other people hiding in the "No Name Draw." Through binoculars, at about 6:00 p.m., Agent Ratz saw a group of people walking northwest on top of the 562 hill, heading towards the No Name Draw, which is a low-lying area between significant peaks. One person appeared to be guiding the group; that person was Defendant. Defendant looked with his own binoculars toward Agent Ratz, then seemed to instruct his group to sit down in the No Name Draw. Agent Ratz notified other agents by service radio about the group and its location.

Agents Blea and Sturrock responded to the area and searched for the group. Agent Ratz continued to observe the area through his binoculars, from his vantage point above No Name Draw. When Agents Blea and Sturrock encountered the group, Defendant was in front of the group. Defendant began running north into the bottom of the No Name Draw. Agent Blea chased him, caught up to him, and detained him. Defendant told Agent Blea that he was a Mexican citizen who had no immigration documents that would allow him to enter or remain in the United States legally. Meanwhile, Agent Sturrock stayed with the other seven members of the group. At around 7:00, Agent Blea arrested Defendant and transported him with the rest of the group to the Chula Vista Border Patrol station.

After researching Defendant's extensive history of criminal and immigration violations, the agents informed Defendant that he was going to be prosecuted criminally, and that his administrative

1 rights no longer applied. The agents read the Miranda warnings to Defendant, who elected to answer
2 questions only in the presence of his attorney. Questioning ceased at that point.

3     On October 17, 2007, a federal grand jury for the Southern District of California returned a one-
4 count Indictment against Defendant, charging him with being an alien who knowingly and intentionally
5 attempted to enter the United States without the consent of the Attorney General or the Secretary of
6 Homeland Security, after having been previously excluded, deported, or removed, in violation of Title
7 8 U.S.C. § 1326. The Indictment further alleged that Defendant was removed from the United States
8 subsequent to September 13, 2004, the date of one of his prior felony convictions.

## II

## UNITED STATES' RESPONSE AND OPPOSITION TO DEFENDANT'S MOTIONS

11     The Government incorporates by reference the Government's response and opposition regarding
12 this exact issue in United States v. Martinez-Covarrubias, 07CR0491-BTM. This motion has been
13 denied by each court that has considered it. Attached as Exhibit 1 is Judge Moskowitz's order denying
14 the motion to dismiss in case 07CR0491-BTM.

## V

## CONCLUSION

17     For the foregoing reasons, the United States respectfully requests that Defendant's motions,
18 except where not opposed, be denied and the United States' motion for reciprocal discovery be granted.

19     DATED: November 19, 2007

Respectfully Submitted,

KAREN P. HEWITT
United States Attorney

*/s/ Christina M. McCall*

CHRISTINA M. McCALL
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE MARIA PEREZ-NEGRETE,<br><br>    Defendant. | Case No. 07CR2873-LAB<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that:

I, CHRISTINA M. McCALL, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101.

I am not a party to the above-entitled action. I have caused service of RESPONSE AND OPPOSITION TO DEFENDANT'S MOTION TO DISMISS INDICTMENT DUE TO GRAND JURY on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Candis Mitchell, Esq.
Federal Defenders, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 19, 2007.

                                                              /s/ Christina M. McCall
                                                              CHRISTINA M. McCALL