FILED

JAN 15 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2873-LAB |
|---|---|---|
| Plaintiff, | ) | <u>SUPERSEDING</u> <u>INFORMATION</u> |
| v. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| JOSE MARIA PEREZ-NEGRETE, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about September 23, 2007, within the Southern District of California, defendant Jose Maria Perez-Negrete, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, or attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction for Illegal Entry, in violation of Title 8, United States Code, section 1325, in the United States District Court for

//

1 | the Southern District of California in May of 1980; all in
2 | violation of Title 8, United States Code, Section 1325, a felony.
3 | DATED:    1-15-08

KAREN P. HEWITT
United States Attorney

*/s/ Christina McCall*

Christina M. McCall
Assistant U.S. Attorney